UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-877-AP

**CHERILYN HAALAND,**

       Plaintiff,

vs.

**JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY**,

       Defendant.

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.**    **APPEARANCES OF COUNSEL**

For Plaintiff:

    Patrick C.H. Spencer, II
    Attorney for Plaintiff
    Spencer & Spencer, P.C.
    830 Tenderfoot Hill Road, Suite 320
    Colorado Springs, CO 80906
    719-632-4808
    Patrick@2spencers.com

For Defendant:

    WILLIAM J. LEONE
    United States Attorney
    KURT J. BOHN
    Assistant U.S. Attorney
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0404 (facsimile)

    By:   Debra J. Meachum
           Special Assistant United States Attorney
           Social Security Administration
           1961 Stout Street, Suite 1001A
           Denver, Colorado  80294
           (303) 844-1570
           (303) 844-0770 (facsimile)
           d_meachum@hotmail.com; debra.meachum@ssa.gov

## 1. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U. S. C. 405(g).

## 2. DATES OF FILING OF RELEVANT PLEADINGS

**1. Date Complaint Was Filed:** 5/13/05.

**2. Date Complaint Was Served on U.S. Attorney's Office:** 6/1/05.

**3. Date Answer Was Filed:** 7/22/05.

## 3. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Defendant states that the record is complete and accurate.
Plaintiff states that the record is complete and accurate.

## 4. STATEMENT REGARDING ADDITIONAL EVIDENCE

Defendant does not intend to submit additional evidence.
Plaintiff does not intend to submit additional evidence.

## 5. STATEMENT REGARDING UNUSUAL CLAIMS OR DEFENSES

Defendant states that this case does not raise unusual claims or defenses.
Plaintiff states that this case does not raise unusual claims or defenses.

## 6. OTHER MATTERS

Defendant states that there are no other matters to raise at this time.
Plaintiff states that there are no other matters to raise at this time.

## 7. PROPOSED BRIEFING SCHEDULE

**1. Plaintiff's Opening Brief Due:** September 19, 2005.

**2. Defendant's Response Brief Due:** October 19, 2005.

**3. Plaintiff's Reply Brief (if any) Due:** November 3, 2005.

## 8. STATEMENTS REGARDING ORAL ARGUMENT

**1. Plaintiff does not request oral argument.**

**2. Defendant does not request oral argument.**

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    **A.**    **( )**    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X)**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

Defendant states that there are no other matters to raise at this time.
Plaintiff states that there are no other matters to raise at this time.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

Dated this 12th day of August, 2005.

                                                                     BY THE COURT:

                                                                     **s/John L. Kane**
                                                                     U. S. District Court Judge

APPROVED:

| | |
|---|---|
| **s/Patrick Spencer  8/12/05** | **s/Debra J. Meachum  8/12/05** |
| Patrick Spencer, II, Esq. | Debra J. Meachum |
| Spencer & Spencer, P.C. | Special Assistant United States Attorney |
| Attorney for Plaintiff | 1961 Stout Street, Suite 10001A |
| 830 Tenderfoot Hill Road, #320 | Denver, CO 80294 |
| Colorado Springs, CO 80906 | |
| | **s/Kurt J. Bohn  8/12/05** |
| | Kurt J. Bohn |
| | Assistant U.S. Attorney |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado 80202 |
| | |
| | Attorneys for Defendant |