IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00877-PSF

CHERILYN HAALAND,

      Plaintiff,

v.

JOANN BARNHART, Commissioner of Social Security,

      Defendant.

---

## ORDER TO VACATE ORAL ARGUMENT

---

This matter is before the Court *sua sponte*.  The oral argument scheduled for

February 13, 2006 at 8:30 a.m. is VACATED.  The Court will either issue an order on

the petition or reset the oral argument on or before February 28, 2006.

      DATED: February 9, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*

                              _____

                              Phillip S. Figa
                              United States District Judge