IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00877-PSF

CHERILYN HAALAND,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER ON DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT

This matter comes before the Court on Defendant's Motion to Alter or Amend Under F.R.Civ.P. 59(e) (Dkt. # 19), filed March 1, 2006. Defendant requests the Court to alter or amend the Judgment entered February 14, 2006, and implicitly this Court's Order of February 13, 2006, which found that the decision of the Commissioner denying social security disability benefits to plaintiff must be reversed, found that plaintiff had met her burden to show that she was disabled, and accordingly directed that appropriate benefits for the relevant period are awarded to plaintiff (Order at 24-25).

Defendant has filed a brief supporting with its motion and plaintiff has filed her opposition brief (Dkt. # 20). The Court sees no need for a reply brief. For the reasons set forth below, the motion is DENIED.

Defendant's Motion and Brief essentially reargue the same points raised in the initial briefing filed in this case, including the argument that the ALJ properly addressed

and rejected the opinion of plaintiff's treating physician, Dr. Philip G. Kiely (Brief at 4-7), properly addressed plaintiff's credibility (*id.* at 8-11) and properly determined she could perform other work existing in the economy in significant numbers (*id.* at 11-13).  This Court considered each of these arguments in its Order, analyzed them as set forth in the Order, and reached a different conclusion than that urged by the defendant.  There is no new law, or new arguments, offered in the motion that compel a different conclusion.

A motion to alter or amend a judgment pursuant to Rule 59(e) should be granted only to address an intervening change in the law, new evidence previously unavailable or the need to correct clear error or prevent manifest injustice.  *Servants of Paraclete v. Does,* 204 F.3d 1005, 1012 (10th Cir. 2000).  Such a motion should not be used to revisit issues already addressed.  *Id.*  Besides no new law or evidence being cited in the instant motion, it fails to demonstrate clear error or manifest injustice in the Court's prior ruling.

Defendant primarily argues in its motion that this Court improperly applied the treating physician rule to the opinions of Dr. Kiely, citing several Tenth Circuit opinions on the proper weight to be given such opinions.  *See e.g.* 20 C.F.R. § 416.927(d); *McGoffin v. Barnhart*, 288 F.3d 1248, 1252 (10th Cir. 2002); *Bean v. Chater*, 77 F.3d 1210, 1214 (10th Cir. 1995).  Yet there is nothing in the record that suggests the "treating physician" regulation or the cases construing it mandates a different conclusion.  In this regard, the Court notes a recent decision from the Seventh Circuit containing an insightful analysis of the treating physician rule, *Hofslien v. Barnhart*, ___

2

F.3d ___ , 2006 WL 469484 (7th Cir., March 1, 2006) (Posner, J.).  Although the *Hofslien* decision urges that the Social Security Administration reexamine the rule due to an apparent ambiguity as to its application, *id.* at *1, the decision also informatively discusses the factors relating to the balance between the advantage of the treating physician's familiarity with the patient and her conditions, versus the possibility that the physician will "bend over backwards to assist a patient in obtaining benefits."  *Id.* at *2.

This Court believes it has properly considered that balance in its Order consistent with the Tenth Circuit cases cited by both sides addressing the same issue.  This Court need not restate it analysis here.  Thus, this Court rejects the defendant's argument that Dr. Kiely's opinion was properly given little or no weight by the ALJ.

**CONCLUSION**

Defendant's Motion to Alter or Amend Under F.R.Civ.P. 59(e) (Dkt. # 19) is DENIED.

DATED: March 28, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge