IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00877-PSF

CHERILYN HAALAND,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

_____

## ORDER GRANTING AWARD FOR ATTORNEY FEES
_____

This matter is before the Court on the parties' Stipulated Motion for Award of Attorney Fees under the Equal Access to Justice Act (Dkt. # 23).   Having reviewed the motion, case file, and Order and Judgment entered on February 14, 2006, the Court hereby

ORDERS that the Stipulated Motion for Award of Attorney Fees under the Equal Access to Justice Act (Dkt. # 23) is GRANTED.  Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, plaintiff's counsel, Patrick C.H. Spencer, II, is awarded reasonable attorneys fees in the amount of $6,000.

DATED: July 10, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge